In the Matter of the Accounting of AMELIA M. CAMPBELL et al., as Administrators of the Estate of FRANK E. CAMPBELL, Deceased, Appellants; ELOESS HOLDING CORPORATION et al., Respondents.

Argued September 25, 1939; decided October 10, 1939.

686

*Lee McCanliss* for appellants.

*Jacob Paull* and *Milton M. Gettinger* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.